UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

KEVIN DAVIS,                                :

                  Plaintiff,          :          **ORDER**

              -against-             :          07 Civ. 7706 (JSR)(FM)

ROBERT SHAW, Warden of George R.            :
Vierno Center, et ano,
                                            :
                  Defendants.
------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

It is hereby ORDERED that the initial case management conference scheduled for March 6, 2008, is adjourned to March 13, 2008, at 10:00 a.m. Counsel for the Defendants shall arrange for the plaintiff's appearance via the telephone, and shall initiate the call by dialing Chambers at (212) 805-6727.

SO ORDERED.

Dated:    New York, New York
           March 3, 2008

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Kevin Davis
#07-A-5542
Sing Sing Correctional Facility
354 Hunter St.
Red Schoolhouse Road
Ossining, New York 10562

Baree N. Fett, Esq.
Assistant Corporation Counsel
Fax: (212) 788-9776