UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KEVIN DAVIS,                                :

           Plaintiff,               :           **ORDER DENYING**
                                              **REQUEST FOR COUNSEL**

   -v.-                                      :
                                              07 Civ. 7706 (JSR)(FM)

WARDEN ROBERT SHAW, et al.,    :

           Defendants.          :

-------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      The plaintiff in this action seeks the appointment of pro bono counsel pursuant to 28 U.S.C. § 1915 (e) (1). The Second Circuit's decision in <u>Cooper v. A. Sargenti Co., Inc.</u>, 877 F.2d 170, 172 (2d Cir. 1989), indicates that the threshold inquiry on such an application is whether the case has merit. If it appears that the case has merit, the Court must next consider the plaintiff's ability to pay for private counsel, efforts to obtain unpaid counsel, and ability to present the case without assistance. <u>Id</u>. The Court must also be mindful that the supply of volunteer counsel is limited.

      In my judgment, the plaintiff has not yet made a showing sufficient to warrant the requested appointment. Accordingly, the plaintiff's application is denied without prejudice to its renewal at a later time.

      SO ORDERED

Dated: New York, New York
       March 7, 2008

                                                        FRANK MAAS
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Kevin Davis
#07-A-5542
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York  10562

Baree N. Hassett, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, New York  10007
Via Facsimile @(212) 788-9776