UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KEVIN DAVIS,

              Plaintiff,     :    **ORDER**

        -against-                :    07 Civ. 7706 (JSR)(FM)

ROBERT SHAW, Warden of George R.
Vierno Center, et ano,

             Defendants.
-----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       It is hereby ORDERED that the initial case management conference in this matter shall be held on April 2, 2008, at 11:00 a.m. Counsel for the Defendants shall arrange for the plaintiff's appearance by telephone and shall initiate the call to Chambers at (212) 805-6727.

       SO ORDERED.

Dated:     New York, New York
            March 24, 2008

                                                  FRANK MAAS
                                     United States Magistrate Judge

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/24/08*

Copies to:

Honorable Jed S. Rakoff
United States District Judge

Kevin Davis
#07-A-5542
Sing Sing Correctional Facility
354 Hunter St.
Red Schoolhouse Road
Ossining, New York 10562

Baree N. Fett, Esq.
Assistant Corporation Counsel
Fax: (212) 788-9776