UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KEVIN DAVIS, :

                Plaintiff, : **ORDER OF DISMISSAL**

    -against- : 07 Civ. 7706 (JSR)(FM)

ROBERT SHAW, Warden of George R. :
Vierno Center, et ano,
                                        :

                Defendants.
------------------------------------------------------------x

**JED S. RAKOFF**, United States District Judge.

    The plaintiff having stipulated before Magistrate Judge Frank Maas to the dismissal of the above-entitled action on June 25, 2008, it is hereby ORDERED that the action be dismissed with prejudice and without costs.

    SO ORDERED.

Dated:    New York, New York
            August 7, 2008

                                                    JED S. RAKOFF
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

Copies to:

Kevin Davis
#07-A-5542
Five Points Correctional Facility
P.O. Box 119
Romulus, New York 14541

Baree N. Fett, Esq.
Assistant Corporation Counsel
Fax: (212) 788-9776